**Order entered July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01269-CV

**TIFFANY LYNN FRASER, Appellant**

**V.**

**TIMOTHY PURNELL, AS INDEPENDENT EXECUTOR, ESTATE OF TOMMY ARTHUR PURNELL, DECEASED, Appellees**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-927-1**

## ORDER

We **GRANT** appellant's June 26, 2014 unopposed motion to extend time to file reply brief and **ORDER** the brief be filed no later than July 16, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE